OPINION — AG — ** INTERSHIP LICENSE — TEMPORARY BASIS ** UNDER 59 O.S. 1463 [59-1463], THE BOARD OF POLYGRAPH EXAMINERS HAS 'NO' AUTHORITY TO ISSUE INTERSHIP LICENSES ON TEMPORARY BASIS, PENDING LATER APPROVAL BY THE BOARD. (OPEN MEETING ACT, PROCEDURE VIOLATED THE OPEN MEETING ACT ? PROFESSIONS AND OCCUPATIONS, DEFINITIONS) CITE: 25 O.S. 301 [25-301], 59 O.S. 1451 [59-1451] THRU 59 O.S. 1476 [59-1476] [59-1476], 59 O.S. 1463 [59-1463], 59 O.S. 1463 [59-1463] [59-1463](A) (FLOYD W. TAYLOR)